UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/09
```

KERRY SKARBAKKA,

      Plaintiff,

-v-

ELTMAN, ELTMAN, & COOPER, P.C.,

      Defendant.

No. 09 Civ. 965 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

  It having been reported to the Court that this action has been resolved,

  IT IS HEREBY ORDERED that this action is dismissed with prejudice but without costs; provided, however, that within sixty days of the date of this Order, any party may apply by letter for restoration of this action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated:  May 20, 2009
     New York, New York

               RICHARD J. SULLIVAN
               UNITED STATES DISTRICT JUDGE